TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
James A. Hazlehurst, Bar No. 257711
james.hazlehurst@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendants
W.R. BERKLEY SYNDICATE LIMITED and GREAT LAKES INSURANCE SE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD HOLDING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>W.R. BERKLEY SYNDICATE LIMITED and GREAT LAKES INSURANCE SE,<br><br>Defendants. | Case No.  8:21-cv-00340-CJC-KES<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  February 26, 2021<br>Current response date:  March 19, 2021<br>New response date:  April 16, 2021 |

114147755

Defendants W.R. Berkley Syndicate Limited ("WRBU") and Great Lakes Insurance SE ("Great Lakes," referred to collectively with WRBU as "Defendants") seek an extension of time to respond to the Complaint, to which Plaintiff does not object while reserving all rights, including with respect to its the bond demand issued to Defendants under Cal. Ins. Code § 1616, et seq.  Accordingly, Defendants submit this stipulation pursuant to Local Rule 8-3 to extend Defendants' time for responding to the initial Complaint in this action by not more than thirty (30) days from March 19, 2021 to April 16, 2021.

Dated:  March 15, 2021      TROUTMAN PEPPER HAMILTON SANDERS LLP


By: */s/ Kevin F. Kieffer*
    Kevin F. Kieffer
    James A. Hazlehurst

Attorneys for Defendants
W.R. BERKLEY SYNDICATE LIMITED and GREAT LAKES INSURANCE SE

Dated:  March 15, 2021      HALPERN MAY YBARRA GELBERG LLP


By: */s/ Marc D. Halpern*
    Marc D Halpern
    Gwendolyn Marie Toczko
    Susan P Welch

Attorneys for Plaintiff
EMERALD HOLDING, INC.

## ATTESTATION

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 15, 2021      */s/ Kevin F. Kieffer*
    Kevin F. Kieffer