HALPERN MAY YBARRA GELBERG LLP
   Marc D. Halpern (CA Bar No. 216426)
   Gwendolyn M. Toczko (CA Bar No. 255984)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

   Susan P. Welch (CA Bar No. 145952)
550 S. Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900
susan.welch@halpernmay.com
Attorneys for Plaintiff Emerald Holding, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD HOLDING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>W.R. BERKLEY SYNDICATE LIMITED and GREAT LAKES INSURANCE SE,<br><br>Defendants. | CASE NO. 8:21-CV-00340 CJC (KESx)<br><br>**JOINT STIPULATION REGARDING CONTINUANCE OF HEARING AND MODIFICATION OF BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS COUNTS I & III OF PLAINTIFF'S COMPLAINT**<br><br>Current Date:   June 14, 2021<br>Proposed Date:  July 12, 2021<br>Time:           1:30 p.m.<br>Courtroom:      9B |

Plaintiff, Emerald Holding, Inc., ("Emerald"), and Defendants Lloyd's Syndicate #1967 (named as W.R. Berkley Syndicate Limited) and Great Lakes Insurance SE (collectively "Defendants"), jointly stipulate pursuant to Local Rules 7-1 and 7-11 as follows:

1. On or about May 18, 2021, Defendants filed a Notice of Motion to Dismiss Counts I & III of Plaintiff's Complaint ("Notice of Motion") (Dkt. 41) and an accompanying Memorandum of Points and Authorities in Support of Their Motion ("Memorandum," together the "Motion") (Dkt. 38).

2. The Notice of Motion identified the hearing date as June 14, 2021, at 1:30 p.m., in Courtroom 9B.

3. The current briefing schedule, based on the Notice of Motion, is as follows:

   a. Emerald's deadline to file and serve its opposition to the Motion ("Opposition") (per L.R. 7-9) is Monday, May 24, 2021.

   b. Defendant's deadline to file and serve their reply to the Opposition (the "Reply") (per L.R. 7-10) is Friday, May 28, 2021.

4. The parties have met and conferred regarding the briefing schedule and jointly agree to continue the hearing date from June 14, 2021 to July 12, 2021.

5. The Parties have agreed to the following revised briefing schedule:

   a. Emerald's deadline to file and serve its Opposition is Monday, June 7, 2021.

   b. Defendants' deadline to file and serve their Reply is Monday, June 21, 2021.

SO STIPULATED.

Dated: May 20, 2021         HALPERN MAY YBARRA GELBERG LLP

By  /s/  Susan P. Welch
Susan P. Welch
Marc D. Halpern
Gwendolyn M. Toczko

*Attorneys for Plaintiff Emerald Holding, Inc.*

Dated: May 20, 2021         ROBINSON & COLE LLP

By  /s/ Gerald P. Dwyer, Jr.
Gerald P. Dwyer, Jr.
Rhonda J. Tobin
Jamie L. Edmonson

*Attorneys for Defendants Lloyd's Syndicate #1967 (named as W.R. Berkley Syndicate Limited) and Great Lakes Insurance SE*

## **ATTESTATION**

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 20, 2021            /s/     Susan P. Welch
Susan P. Welch