1
2
3
4
5

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| EMERALD HOLDING, INC., | CASE NO. 8:21-CV-00340 CJC (KESx) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED ORDER] GRANTING JOINT STIPULATION REGARDING CONTINUANCE OF HEARING AND MODIFICATION OF BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS COUNTS I & III OF PLAINTIFF'S COMPLAINT** |
| W.R. BERKLEY SYNDICATE LIMITED and GREAT LAKES INSURANCE SE, | |
| Defendants. | |
| | [ECF No. 45.] |

On May 20, 2021, the parties filed a Joint Stipulation Regarding Continuance of Hearing and Modification of Briefing Schedule re Defendant's Motion to Dismiss Counts I & III of Plaintiff's Complaint (ECF No. 45). Good cause appearing, the Court **GRANTS** the Joint Stipulation in its entirety. The hearing on Defendants' Motion to Dismiss Counts I and III of Plaintiff's Complaint is continued to July 12, 2021 at 1:30 p.m. Opposing papers shall be filed and served by June 7, 2021, and reply papers shall be filed and served by June 21, 2021.

IT IS SO ORDERED.

DATED: May __, 2021

Hon. Cormac J. Carney
United States District Judge