HALPERN MAY YBARRA GELBERG LLP
   Marc D. Halpern (CA Bar No. 216426)
   Gwendolyn M. Toczko (CA Bar No. 255984)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

   Susan P. Welch (CA Bar No. 145952)
550 S. Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900
susan.welch@halpernmay.com
Attorneys for Plaintiff Emerald Holding, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD HOLDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> W.R. BERKLEY SYNDICATE LIMITED and GREAT LAKES INSURANCE SE, <br><br> Defendants. | CASE NO. 8:21-CV-00340 CJC (KESx) <br><br> **DECLARATION OF SUSAN P. WELCH IN SUPPORT OF PLAINTIFF EMERALD HOLDING, INC.'S STIPULATION REGARDING CONTINUANCE OF HEARING AND MODIFICATION OF BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS COUNTS I & III OF PLAINTIFF'S COMPLAINT** |

I, Susan P. Welch, declare as follows:

1. I, Susan P. Welch, declare under penalty of perjury, in accordance with 28 U.S.C. S 1746(2), that the following statements are true and correct.

2. I am over the age of 18 and am competent to give this Declaration. I am an attorney with Halpern May Ybarra Gelberg LLP ("Halpern May"), counsel to Emerald Holding, Inc. (with its related entities, "Emerald") in this action and have personal knowledge of the matters herein.

3. On or about May 18, 2021, Defendants filed a Notice of Motion to Dismiss Counts I & III of Plaintiff's Complaint ("Notice of Motion") (Dkt. 41) and an accompanying Memorandum of Points and Authorities in Support of Their Motion ("Memorandum," together the "Motion") (Dkt. 38). Based on the Notice of Motion, Emerald's deadline to file and serve its opposition to the Motion ("Opposition") is Monday, May 24, 2021. Defendant's deadline to file and serve their reply to the Opposition (the "Reply") is Friday, May 28, 2021.

4. Given the issues raised in and the length of the Motion and the need to coordinate with our client, I requested that counsel for Defendants agree to an additional two weeks for Emerald to respond to the Motion. I also suggested that we further meet and confer, which we have scheduled. Defendants' counsel graciously provided the additional two weeks, and I agreed to an additional week for Defendants' Reply.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of May, 2021.

                                        /s/ Susan P. Welch
                                        Susan P. Welch