FILED
CLERK, U.S. DISTRICT COURT

5/21/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD HOLDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> W.R. BERKLEY SYNDICATE LIMITED and GREAT LAKES INSURANCE SE, <br><br> Defendants. | CASE NO. 8:21-CV-00340 CJC (KESx) <br><br> **ORDER GRANTING JOINT STIPULATION REGARDING CONTINUANCE OF HEARING AND MODIFICATION OF BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS COUNTS I & III OF PLAINTIFF'S COMPLAINT (DKT. 45)** |

On May 20, 2021, the parties filed a Joint Stipulation Regarding Continuance of Hearing and Modification of Briefing Schedule re Defendant's Motion to Dismiss Counts I & III of Plaintiff's Complaint (ECF No. 45). Good cause appearing, the Court **GRANTS** the Joint Stipulation in its entirety. The hearing on Defendants' Motion to Dismiss Counts I and III of Plaintiff's Complaint is continued to July 12, 2021 at 1:30 p.m. Opposing papers shall be filed and served by June 7, 2021, and reply papers shall be filed and served by June 21, 2021.

IT IS SO ORDERED.

DATED: May 21, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE