HALPERN MAY YBARRA GELBERG LLP
   Marc D. Halpern (CA Bar No. 216426)
   Gwendolyn M. Toczko (CA Bar No. 255984)
600 West Broadway, Suite 1060
San Diego, California 92101
Telephone: (619) 618-7000
marc.halpern@halpernmay.com

   Ryan D. White (CA Bar No. 255201)
   Susan P. Welch (CA Bar No. 145952)
550 S. Hope Street, Suite 2330
Los Angeles, California 90071
Telephone: (213) 402-1900
susan.welch@halpernmay.com
Attorneys for Plaintiff Emerald Holding, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD HOLDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD'S SYNDICATE 1967 and GREAT LAKES INSURANCE SE, <br><br> Defendants. | CASE NO. 8:21-CV-00340 FWS (KESx) <br><br> **NOTICE OF SETTLEMENT** <br><br> Judge: Hon. Fred W. Slaughter <br><br> Action Filed: February 22, 2021 |

1 | Plaintiff Emerald Holding, Inc. and Defendants Lloyd's Syndicate 1967 and Great Lakes Insurance SE have entered into a binding term sheet for the resolution of this action in its entirety. The parties have agreed to prepare and enter into a definitive settlement agreement incorporating the provisions of the term sheet. The parties anticipate dismissal of this action with prejudice within 45 days.

Dated: August 11, 2022

HALPERN MAY YBARRA GELBERG LLP

By  /s/  Susan P. Welch
Marc D. Halpern
Ryan D. White
Susan P. Welch
*Attorneys for Plaintiff Emerald Holding, Inc.*

Dated: August 11, 2022

GIBSON, DUNN & CRUTCHER LLP

By  /s/ Timothy W. Loose
Richard J. Doren
Timothy W. Loose

*Attorneys for Defendants Lloyd's Syndicate 1967 (named as W.R. Berkley Syndicate Limited) and Great Lakes Insurance SE*

NOTICE OF SETTLEMENT
1

## ATTESTATION

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 11, 2022            By  /s/  *Susan P. Welch*
                                      Susan P. Welch