| | |
|---|---|
| 1 | HALPERN MAY YBARRA GELBERG LLP |
| 2 |   Marc D. Halpern (CA Bar No. 216426) |
| |   Gwendolyn M. Toczko (CA Bar No. 255984) |
| 3 | 600 West Broadway, Suite 1060 |
| 4 | San Diego, California 92101 |
| | Telephone: (619) 618-7000 |
| 5 | marc.halpern@halpernmay.com |
| 6 | |
| |   Ryan D. White (CA Bar No. 255201) |
| 7 |   Susan P. Welch (CA Bar No. 145952) |
| 8 | 550 S. Hope Street, Suite 2330 |
| | Los Angeles, California 90071 |
| 9 | Telephone: (213) 402-1900 |
| 10 | susan.welch@halpernmay.com |
| | Attorneys for Plaintiff Emerald Holding, Inc. |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD HOLDING, INC., | CASE NO. 8:21-CV-00340 FWS (KESx) |
| Plaintiff, | |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| | Judge: Hon. Fred W. Slaughter |
| LLOYD'S SYNDICATE 1967 and GREAT LAKES INSURANCE SE, | |
| | Action Filed: February 22, 2021 |
| Defendants. | |

Plaintiff Emerald Holding, Inc. and Defendants Lloyd's Syndicate 1967 and Great Lakes Insurance SE (collectively, the "Parties") have entered into a Confidential Settlement Agreement and General Release of All Claims, pursuant to which the Parties stipulate as follows:

1. The above captioned action should be dismissed with prejudice.
2. Each party to pay its own costs.

Dated: September 14, 2022   HALPERN MAY YBARRA GELBERG LLP

By /s/ Susan P. Welch
Marc D. Halpern
Ryan D. White
Susan P. Welch
*Attorneys for Plaintiff Emerald Holding, Inc.*

Dated: September 14, 2022   GIBSON, DUNN & CRUTCHER LLP

By /s/ Timothy W. Loose
Richard J. Doren
Timothy W. Loose

*Attorneys for Defendants Lloyd's Syndicate 1967 (named as W.R. Berkley Syndicate Limited) and Great Lakes Insurance SE*

STIPULATION OF DISMISSAL WITH PREJUDICE
1

## ATTESTATION

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 14, 2022         By  /s/  *Susan P. Welch*
                                        Susan P. Welch