**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERALD HOLDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LLOYD'S SYNDICATE 1967 and GREAT LAKES INSURANCE SE, <br><br> Defendants. | CASE NO. 8:21-CV-00340 FWS (KESx) <br><br> **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [77]** <br><br> Judge: Hon. Fred W. Slaughter <br><br> Action Filed: February 22, 2021 |

///

///

///

1  Having read and considered the Parties' Joint Stipulation to Dismiss Case [77]
2  (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation
3  and **ORDERS** the following:

5  The above-captioned matter is **DISMISSED WITH PREJUDICE** with
6  **EACH PARTY TO BEAR ITS OWN COSTS**.

8  **IT IS SO ORDERED**.

10 Dated: September 19, 2022

11 _____
   Hon. Fred W. Slaughter
12 UNITED STATES DISTRICT JUDGE

2